BEFORE THE THIRD DIVISION, JUNE 22, 1950

**No. 54452.**—Chikiany Co. et al. v. United States, protests 152045–K (A), etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54453.**—Jay Trading Co. et al. v. United States, protests 155743–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.